IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **FIRESTONE FINANCIAL, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SUMMERTIME AMUSEMENTS,** ) <br> **LLC, RONALD MORGAN YATES,** ) <br> **and ROWENA MULRANEY YATES,** ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:23cv48-MHT <br> (WO) |

### ORDER

Because plaintiff has not yet applied for entry of default by the clerk of court pursuant to Federal Rule of Civil Procedure 55(a), it is ORDERED that the motion for default judgment (Doc. 7) is denied with leave to renew after entry of default.

DONE, this the 26th day of April, 2023.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**