IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FIRESTONE FINANCIAL, LLC,   )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          2:23cv48-MHT
                            )              (WO)
SUMMERTIME AMUSEMENTS,      )
LLC, RONALD MORGAN YATES,   )
and ROWENA MULRANEY YATES,  )
                            )
     Defendants.            )
```

## DEFAULT JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Firestone Financial, LLC's motion for entry of default judgment (Doc. 13) is granted.

(2) Judgment is entered for plaintiff Firestone Financial, LLC and against defendants Summertime Amusements, LLC, Ronald Morgan Yates, and Rowena Mulraney Yates for breach-of-contract damages in the amount of $ 160,874.10, plus post-judgment interest;

attorneys' fees in the amount of $ 6,329.00; and costs in the amount of $ 837.45.

(3) Plaintiff Firestone Financial, LLC shall have and recover from defendants Summertime Amusements, LLC, Ronald Morgan Yates, and Rowena Mulraney Yates the sums of, and said defendants are jointly and severally liable for the default judgment in the amount of, $ 160,874.10, plus attorneys' fees of $ 6,329.00 and costs of $ 837.45, and post-judgment interest.

(4) Defendant Summertime Amusements, LLC is directed to assemble the collateral and make it available to plaintiff Firestone Financial, LLC within 14 days of entry of this judgment at a place and time designated by plaintiff Firestone Financial, LLC.

(5) At the request of plaintiff Firestone Financial, LLC, the replevin claim (count IV of the complaint) is dismissed.

It is further ORDERED that costs are taxed against defendants Summertime Amusements, LLC, Ronald Morgan

Yates, and Rowena Mulraney Yates, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of October, 2023.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**